OPINION — AG — CLAIMS AGAINST THE SHERIFF'S APPROPRIATION FOR THE PURCHASE OF FIRE EXTINGUISHERS FOR INSTALLATION AND USE IN THE PERSONALLY OWNED AUTOMOBILES OF SAID SHERIFF AND HIS DEPUTIES, ARE NOT VALID CLAIMS AGAINST SAID FUNDS OF THE COUNTY. (COUNTY FUND) CITE: 19 O.S. 1961 563 [19-563], 19 O.S. 1961 564 [19-564], 19 O.S. 1961 351 [19-351] 19 O.S. 1961 171 [19-171] (HARVEY CODY)